ACCEPTED
01-14-00758-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/12/2015 11:53:05 AM
CHRISTOPHER PRINE
CLERK

## No. 01-14-00758-CR
In the
Court of Appeals
For the
First District of Texas
At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

6/12/2015 11:53:05 AM

CHRISTOPHER A. PRINE
Clerk

————————◆————————

## No. 1401233
In the 230th District Court
Of Harris County, Texas

————————◆————————

## RICHARD CONTRERAS
*Appellant*
V.
## THE STATE OF TEXAS
*Appellee*

————————◆————————

## STATE'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

————————◆————————

TO THE HONORABLE COURT OF APPEALS:

THE STATE OF TEXAS, pursuant to TEX. R. APP. P. 2 & 10.5, moves for an extension of time in which to file its appellate brief and in its motion, would show the Court the following:

1. The appellant was charged with the aggravated sexual assault of a child committed on July 1, 2013 (CR – 15). He pled "guilty" to the charge (CR – 23-32). The trial court sentenced him to 50 years in prison on June 10, 2014 (CR – 38). The appellant filed a motion for new trial that same day, which was denied on August 15 (CR – 41-46). The appellant then

filed a notice of appeal on September 4, 2014, and the trial court certified that he had waived his right to appeal (CR – 34, 57).

2. The State's brief is due on June 12, 2015. The State hereby requests a 30-day extension for the filing of the State's brief.

3. The following facts are relied upon to show good cause for an extension of time to allow the State to file its brief:

    a. The record in this case is over 130 megabytes in length split over ten files and will take some time to process.

    b. The undersigned attorney researched and answered by email more than 50 legal questions of trial prosecutors since the appellant filed his brief. The undersigned attorney researched and answered even more such questions by phone during that time period.

    c. The undersigned attorney has been involved in completing the following written appellate project since the appellant filed his brief:

        (1)      Johnathan Castaneda v. The State of Texas
                    No. 01-14-00389-CR
                    No. 01-14-00390-CR
                    Brief filed May 18, 2015

        (2)      Griselda Aza v. The State of Texas
                    No. 14-14-00241-CR
                    No. 14-14-00242-CR
                    Brief to be filed June 26, 2015

WHEREFORE, the State prays that this Court will grant the requested extension.

Respectfully submitted,

/s/  Eric Kugler
ERIC KUGLER
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826
Kugler_eric@dao.hctx.net
TBC No. 796910

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument will be served by efile.txcourts.gov to:

Michael Driver
Attorney at Law
402 Main, 4th floor
Houston, TX 77002
Mikedriverlaw@gmail.com

/s/  Eric Kugler
ERIC KUGLER
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826
TBC No. 796910

Date:  June 12, 2015